UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **VERTRUE INCORPORATED** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **\*\*Civil No. 06-135-P-S** |
| **ROBERT GRAHAM et al,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 17, 2007, his Recommended Decision (Docket No. 106). Plaintiff filed its Objection to the Recommended Decision (Docket No. 108) on August 3, 2007. The Defendants filed their response in support of the Recommended Decision (Docket No. 109) on August 17, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that the Motion for Summary Judgment (Docket No. 81) filed by Defendants, Robert Graham and Michael Shane, is hereby **GRANTED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated: August 28, 2007